# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**COOPER TIRE & RUBBER COMPANY,**                        **PLAINTIFF,**

**VS.**                        **CIVIL ACTION NO. 3:02CV210-P-A**

**JOHN BOOTH FARESE, ET AL.,**                        **DEFENDANTS.**

## ORDER

This matter comes before the court upon Defendant Bruce Kaster's Motion Per Rule 11 [241-1]. Upon due consideration of the motion the court finds as follows, to-wit:

Because this case is currently on appeal to the United States Court of Appeals for the Fifth Circuit, the instant motion should be denied pending the outcome of said appeal

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Bruce Kaster's Motion Per Rule 11 [241-1] is hereby **DENIED**; and

(2) Defendant Bruce Kaster has leave to refile pending a favorable ruling on appeal by the Fifth Circuit Court of Appeals.

**SO ORDERED** this the 15th day of July, A.D., 2005.

                                               /s/ W. Allen Pepper, Jr.
                                               W. ALLEN PEPPER, JR.
                                               UNITED STATES DISTRICT JUDGE