IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**COOPER TIRE AND RUBBER CO.**                                              **PLAINTIFF**

**V.**                                **CIVIL ACTION NO.: 3:02CV210-SA-JAD**

**JOHN BOOTH FARESE, et. al**                                        **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S OBJECTION
## TO MAGISTRATE'S ORDER STRIKING ERRATA SHEET

CAME ON FOR HEARING the Plaintiff's Objection [613] to the Magistrate's Order [605] Striking the Errata Sheet of Eileen White, and the Court, being fully advised in the premises, finds the Objection is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Plaintiff's Objection to Magistrate Davis's Order Striking Errata Sheet of Eileen White is GRANTED, and that the errata sheet to the 30(b)(6) deposition of Cooper Tire & Rubber Company designee Eileen White is ordered to be included with the 30(b)(6) deposition transcript.

**SO ORDERED** this the 19th day of December, 2008.

                                                            **s/ Sharion Aycock**
                                                            **U.S. DISTRICT JUDGE**