**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**COOPER TIRE AND RUBBER CO.**                                    **PLAINTIFF**

**V.**                             **CIVIL ACTION NO.: 3:02CV210-SA-JAD**

**JOHN BOOTH FARESE, et. al**                                    **DEFENDANTS**

### ORDER ON MOTION TO RECONSIDER

Presently pending before this Court is Farese Defendants' Motion to Reconsider [652] the December 9, 2008, Order and Memorandum Opinion [636-637], that denied Farese and Kaster Defendants' Motions for Partial Summary Judgment. The Court finds as follows:

Farese Defendants' Motion to Reconsider the December 9, 2008, Order and Memorandum Opinion is DENIED. Prior to commencement of trial on January 20, 2009, the Court will provide the reasoning for its decision on the record outside the presence of the jury.

**SO ORDERED** this the 18th day of January 2009.

                                                                         **s/ Sharion Aycock**
                                                                         **U.S. DISTRICT JUDGE**